# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **Criminal No. 16-00276-WS** |
| | * | |
| **WILLIE JOHN WELLS** | * | |

## GOVERNMENT'S MOTION TO POSTPONE SENTENCING

Comes now the United States, by and through the United States Attorney for the Southern District of Alabama, Southern Division, and moves the Honorable Court to postpone the sentencing hearing in the above-styled case and as grounds therefor states as follows:

1. The defendant entered into a plea agreement with the Government which provided him the opportunity to cooperate with the Government. He is currently scheduled to be sentenced on November 27, 2018 at 11:00 a.m. The defendant has provided information about a co-defendant, who was arraigned on November 19, 2018, and is currently set for trial in the January 2019 trial term. In the event that the co-defendant goes to trial, it is anticipated that the defendant will be called as a government witness.

2. Accordingly, and in order for the Government and the defendant to obtain the benefit of the plea agreement, the Government moves the Court to postpone the sentencing hearing to a date after the January 2019 trial term. The Government has contacted the defendant's attorney and he has no objections to this motion to postpone the sentencing hearing.

WHEREFORE, the United States requests the above-captioned defendant's sentencing date be postponed to a date after the January 2019 trial term.

>
> Respectfully submitted,
>
> RICHARD W. MOORE
> UNITED STATES ATTORNEY
>
> By: *s/Gloria A. Bedwell*
> Gloria A. Bedwell (BEDWG1000)
> Assistant United States Attorney
> United States Attorney's Office
> 63 South Royal Street, Suite 600
> Mobile, Alabama    36602
> Telephone: (251) 441-5845
> Facsimile:   (251) 441-5277
> E-mail: gloria.bedwell@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney for the defendant.

>
>    *s/Gloria A. Bedwell*
> Gloria A. Bedwell
> Assistant United States Attorney